IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTGOMERY LAW LLC,<br><br>                    Plaintiff,<br>v.<br><br>JACOBSON & JOHN, LLP,<br><br>                    Defendant. | CIVIL ACTION<br>NO. 24-108 |

## **ORDER**

**AND NOW**, this 14th day of August 2024, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 5), Plaintiff's Response in Opposition (Doc. No. 8), Defendant's Reply (Doc. No. 9), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion to Dismiss (Doc. No. 5) is **DENIED**.  Defendant shall file an Answer to the Complaint by **August 28, 2024**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.